■ In the Matter of WILLIAM J. MCDONALD, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [727 NYS2d 923] —Resignation accepted,

name stricken from roll of attorneys and order of restitution entered. Present—Green, J. P., Pine, Hayes, Scudder and Burns, JJ.